**THERMACOR PROCESS, L.P.,**
Plaintiff–Appellant,

v.

**ROVANCO PIPING SYSTEMS, INC., Defendant–Appellee,**

and

**Lawrence J. Stonitsch, Defendant–Appellee.**

No. 01–1635.

United States Court of Appeals, Federal Circuit.

Jan. 31, 2002.

ON MOTION

*ORDER*

Rovanco Piping Systems, Inc. and Lawrence J. Stonitsch move without opposition to dismiss Thermacor Process, L.P.'s appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) All sides shall bear their own costs.

**Stephen A. JOHNSTON and John C. Sanford, Appellants,**

v.

**Roger N. BEACHY, Robert T. Fraley, and Stephen G. Rogers, Cross Appellants.**

Nos. 02–1054, 02–1070.

United States Court of Appeals, Federal Circuit.

Jan. 31, 2002.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) The court's January 16, 2002 order is moot.